IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EMPLOYERS & CEMENT MASONS LOCAL #90 HEALTH & WELFARE FUND and EMPLOYERS & CEMENT MASONS LOCAL 90 PENSION TRUST FUND,**

    **Plaintiffs,**

    -v-                          Case No.:    10-903-DRH

**ABERNATHY CONSTRUCTION COMPANY, L.L.C.,**

    **Defendant.**

### DEFAULT JUDGMENT

THIS CAUSE comes before the Court on Plaintiffs' Motion for Default Judgment against the Defendant, ABERNATHY CONSTRUCTION COMPANY, L.L.C., and the Court being advised in the premises, and the Defendant having failed to answer the Complaint filed herein in a timely fashion, a default judgment is awarded in favor of the Plaintiffs and against the Defendant, ABERNATHY CONSTRUCTION COMPANY, L.L.C., as follows:

    A.    That judgment is entered in favor of Plaintiffs, EMPLOYERS & CEMENT MASONS LOCAL #90 HEALTH & WELFARE FUND and EMPLOYERS & CEMENT MASONS LOCAL 90 PENSION TRUST FUND and against Defendant, ABERNATHY CONSTRUCTION COMPANY, L.L.C., in the amount of $10,462.84 (consisting of

delinquent contributions of $6,796.53; liquidated damages of $1,359.31, and reasonable attorney's fees and costs of $2,307.00);

  B. Defendant is ordered to perform and continue to perform all of their obligations to the Plaintiffs; and

  C. Plaintiffs are awarded, at Defendant's cost, such further and other relief as may be available under ERISA, the applicable labor agreements or as is otherwise just and equitable.

  Entered this 9th day of February, 2011

David R. Herndon
2011.02.09
06:00:09 -06'00'

Chief Judge
United States District Court